| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **BRALFCO, LLC**<br>Name | EIN: 30–2873231 | |
| United States Bankruptcy Court   Western District of Virginia | | Date case filed for chapter:   7   8/11/23 | |
| Case number:   23–60874 | | | |

## Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | BRALFCO, LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | c/o Suzanne Roski, Receiver<br>7229 Forest Avenue, Suite 102<br>Richmond, VA 23226 | |
| **4. Debtor's attorney**<br>Name and address | Andrew S Goldstein<br>Magee Goldstein Lasky & Sayers, P.C.<br>PO Box 404<br>Roanoke, VA 24003 | Contact phone 540–343–9800<br><br>Email: agoldstein@mglspc.com |
| **5. Bankruptcy trustee**<br>Name and address | Steven L Higgs(443448)<br>Steven L. Higgs, P.C.<br>9 Franklin Road, SW<br>Roanoke, VA 24011–2403 | Contact phone 540–400–7990<br><br>Email:<br>trustee@higgslawfirm.com,admin@higgslawfirm.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Lynchburg Division<br>1101 Court St, Room 166<br>Lynchburg, VA 24504 | Hours open:<br>8:00 a.m. – 4:30 p.m.<br><br>Contact phone 434–845–0317<br><br>Date: 8/11/23 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **September 15, 2023 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**See attached list for meeting participation details.** |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| Bridge Line | Chapter | Trustee | Instructions | Meeting Contact | Meeting Code |
|---|---|---|---|---|---|
| | | | | | |
| | 13 | Micale | Zoom | Zoom ID: 603 226 2142 | Password: 341meeting |
| | 13 | Scolforo | Zoom | Zoom ID: 852 568 9053 | Password: 341meeting |
| 3 | 7 | Callahan | By Telephone | 877−934−5491 | 9319497# |
| 4 | 7 | Farthing | By Telephone | 877−953−6090 | 8983497# |
| 5 | 7 | Goldstein | By Telephone | 877−492−0156 | 7313672# |
| 6 | 7 | Higgs | By Telephone | 877−960−3871 | 4647388# |
| 7 | 7 | Hutman | By Telephone | 866−527−4091 | 8515643# |
| 9 | 7 | Scott | By Telephone | 877−491−5685 | 9012607# |
| 10 | 7 | Stevens | By Telephone | 877−953−5197 | 7811951# |
| 11 | 7 | Vogel | By Telephone | 877−953−5927 | 9995849# |
| 1 | | UST Roanoke Office | By Telephone | 877−451−9313 | 9499523# |

**Zoom Instructions:**

Five minutes before the scheduled time, go to: **zoom.us/join** and enter the Zoom ID and password listed next to the presiding trustee. Mute your mic until your case is called. Participants not able to log in may call **1−301−715−8592** and enter the Zoom ID and password listed next to the presiding trustee. Place your phone on mute until your case is called.

**Telephonic Instructions:**

Five minutes before the scheduled time, dial the call−in number and enter the passcode listed next to the presiding trustee. Place your phone on mute until your case is called.

United States Bankruptcy Court
Western District of Virginia

In re:                                                                                          Case No. 23-60874-pmb
BRALFCO, LLC                                                                                Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0423-6                          User: admin                                    Page 1 of 4
Date Rcvd: Aug 11, 2023                   Form ID: 309C                              Total Noticed: 152

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BRALFCO, LLC, c/o Suzanne Roski, Receiver, 7229 Forest Avenue, Suite 102, Richmond, VA 23226-3765 |
| 5175618 | + | Accurate Healthcare Inc., 493 Cave Road, Nashville, TN 37210-2301 |
| 5175619 | + | Ad Art, PO Box 40, Bassett, VA 24055-0040 |
| 5175620 | | Advantage Healthcare LLC, 8108 Hunters Trail, Roanoke, VA 24019-6803 |
| 5175622 | + | Alliance One, LLC, Global Staffing Services LLC), PO Box 152, Brattleboro, VT 05302-0152 |
| 5175624 | + | Anthros, 400 West Morse Blvd., Suite 203, Winter Park, FL 32789-4280 |
| 5175625 | + | Ashley-Mcgee Corp, 23 Henry Street, Martinsville, VA 24112-3641 |
| 5175632 | + | BRNURSCO, LLC, c/o Suzanne Roski, Receiver, 7229 Forest Avenue, Suite 102, Richmond, VA 23226-3765 |
| 5175633 | + | BRVA Properties, LLC, c/o Suzanne Roski, Receiver, 7229 Forest Avenue, Suite 102, Richmond, VA 23226-3765 |
| 5175626 | + | Bassett Office Supply, PO Box 558, Bassett, VA 24055-0558 |
| 5175627 | + | Berger and Burrow Enterprises, 6015 Staples Mill Road, Henrico, VA 23228-4923 |
| 5175628 | + | Blue Ridge Behavioral Healthcare, 301 Elm Ave., SW, Roanoke, VA 24016-4001 |
| 5175629 | + | Bone & Joint Center of Martinsville, 319 Hospital Drive, Martinsville, VA 24112-1929 |
| 5175630 | + | Briggs Corporation, 7300 Westown Pkwy, West Des Moines, IA 50266-2527 |
| 5175631 | | Brighter Day Health LLC, 4242 Medical Drive, Suite 7100, San Antonio, TX 78229-5397 |
| 5175637 | + | CCI Door & Hardware Inc., PO Box 19354, Roanoke, VA 24019-1036 |
| 5175634 | + | Capital Premium Financing Inc., 12235 S 800 E, Draper, UT 84020-9726 |
| 5175635 | | Carilion Medical Center, PO Box 826761, Philadelphia, PA 19182-6761 |
| 5175636 | + | Carolina Speech, 130 Salem Town Court, Apex, NC 27502-2311 |
| 5175639 | | Cervey LLC, 408 Kay Lane, Shreveport, LA 71115-3604 |
| 5175640 | + | Chase Agency Inc, 809 Kentwood Drive, Youngstown, OH 44512-5004 |
| 5175641 | + | Chatmoss, 315 Plantation Road, Martinsville, VA 24112-0358 |
| 5175642 | | Chemsearch, 23261 Network Place, Chicago, IL 60673-1232 |
| 5175643 | + | Chiles Healthcare Consulting LLC, 1908 Maple Shade Lane, Richmond, VA 23227-4321 |
| 5175645 | + | City of Martinsville Utility Dept., 55 W. Church St., Martinsville, VA 24112-6209 |
| 5175646 | | City of Martinsville, Virginia, P.O. Box 1023, Martinsville, VA 24114-1023 |
| 5175649 | + | Comfort Systems USA, 1057 Bill Tuck Highway, South Boston, VA 24592-7135 |
| 5175650 | + | Commonwealth Home Health Care, Inc., 479 Piney Forest Road, Danville, VA 24540-4044 |
| 5175651 | + | Community Funeral Home, 109 Fontaine Drive, Ridgeway, VA 24148-3380 |
| 5175652 | + | Consolidated Laundry Equipment, 530 Maywood Avenue, Raleigh, NC 27603-2290 |
| 5175653 | + | Cozzini Bros., Inc., 350 Howard Avenue, Des Plaines, IL 60018-1908 |
| 5175655 | #+ | Curtis Bay Medical Waste Services, 1501 S Clinton St, Baltimore, MD 21224-5731 |
| 5175656 | + | Daniel, Medley & Kirby, P.C., 110 North Union St, Danville, VA 24541-1112 |
| 5175657 | | Danville Pulmonary Clinic, 142 S Main Street, Danville, VA 24541-2922 |
| 5175658 | #+ | Danville Register & Bee, 700 Monument Street, Danville, VA 24541-1512 |
| 5175660 | | Dedicated Nursing Associates Inc., 6536 William Penn Hwy, Rt 22, Delmont, PA 15626 |
| 5175661 | + | Dex Media, Inc., PO Box 619009, Dallas, TX 75261-9009 |
| 5175662 | + | Diamond Paper Co., Inc., 802 Monument Street, Danville, VA 24541-1514 |
| 5175663 | | Dietitians on Demand Corporate, Solutions LLC, 7814 Carousel Lane, Suite 210, Chase City, VA 23924 |

District/off: 0423-6 | User: admin | Page 2 of 4
Date Rcvd: Aug 11, 2023 | Form ID: 309C | Total Noticed: 152

| | | |
|---|---|---|
| 5175664 | + | E-Hounds, Inc., 32815 US 19 North, Suite 100, Palm Harbor, FL 34684-3145 |
| 5175665 | | E-Solutions, WS #165, PO Box 414378, Kansas City, MO 64141-4378 |
| 5175667 | + | EcoLab, Inc, PO Box 32027, New York, NY 10087-2027 |
| 5175668 | + | Elevating Equipment Inspection Ser, 208 W Depot Street, Bedford, VA 24523-1936 |
| 5175669 | + | Emerson Graham and Associates, 210 S Jefferson Street, Roanoke, VA 24011-1702 |
| 5175677 | + | FN Wholesale Lighting & Supply LLC, 44 Kingston Drive #116, Daleville, VA 24083-2574 |
| 5175670 | | Family Healthcare Center, 142 S Main Street, Danville, VA 24541-2922 |
| 5175671 | | Favero Family Medicine, 2696 Greensboro Road, Martinsville, VA 24112-8106 |
| 5175672 | | Fedex, PO Box 660481, Dallas, TX 75266-0481 |
| 5175673 | + | Fidelity Power Systems, 25 Loveton Circle, Sparks Glencoe, MD 21152-9201 |
| 5175674 | + | Firestop of Virginia, 263 Industrial Drive, Roanoke, VA 24019-8510 |
| 5175675 | + | First Piedmont Corp, PO Box 1069, Chatham, VA 24531-1069 |
| 5175676 | | Flexential, 9417 Corporate Lake Drive, Tampa, FL 33634-2359 |
| 5175678 | + | Fultz Maddox Dickens PLC, 101 S Fifth Street, Suite 2700, Louisville, KY 40202-3217 |
| 5175679 | + | Genesis Rehabilitation Services, 101 E State Street, Kennett Square, PA 19348-3109 |
| 5175680 | + | Greer's Exhaust & Kitchen Cleaning, 411 Walnut Avenue, Vinton, VA 24179-3231 |
| 5175681 | + | Guardian, PO Box 677458, Dallas, TX 75267-7458 |
| 5175682 | + | H&M Electric & Construction Inc, 815 S Highland Avenue, Covington, VA 24426-2016 |
| 5175684 | + | Handy John/Handy Rentals, 13040 AL Philpott Hwy, Martinsville, VA 24112-2194 |
| 5175685 | + | Healthcare Services Group, Inc., 3220 Tillman Drive, Suite 300, Bensalem, PA 19020-2028 |
| 5175687 | + | Hines Funeral Services, 903 Starling Avenue, Martinsville, VA 24112-6405 |
| 5175688 | | Interim Healthcare, 3235 Virginia Avenue, Collinsville, VA 24078-2241 |
| 5175691 | | JC Ehrlich, 6701 Carmel Road, Suite 300, Charlotte, NC 28226-0205 |
| 5175692 | + | JMS Group LLC, 1600 A East Parham Road, Henrico, VA 23228-2365 |
| 5175690 | + | Jacob Law Firm PC, PO Box 884, Martinsville, VA 24114-0884 |
| 5175693 | | Johnson Controls Fire Protection LP, Dept CH 10320, Palatine, IL 60055-0320 |
| 5175694 | + | Kreider Mechanical, Inc., 1130 Patterson Ave., Roanoke, VA 24016-3408 |
| 5175695 | | Land'O Sun Dairies LLC, PO Box 60498, Charlotte, NC 28260-0498 |
| 5175696 | + | Liberty Fire Solutions, Inc., 1645 Apperson Drive, Salem, VA 24153-7216 |
| 5175697 | + | Lifecare Medical Transports Inc., 1170 International Pkwy, Fredericksburg, VA 22406-1126 |
| 5175698 | + | Lincoln National Life Insurance Co, 8430 W Brynmawr, Chicago, IL 60631-3473 |
| 5175699 | | Lumos Networks, PO Box 580062, Charlotte, NC 28258-0062 |
| 5175707 | ++ | MEDLINE INDUSTRIES INC, ATTN ANNE KISHA, ONE MEDLINE PL, MUNDELEIN IL 60060-4486 address filed with court:, Medline Industries, Inc., PO Box 382075, Pittsburgh, PA 15251-8075 |
| 5175710 | + | MMI Holdings, 325 McGill Avenue, Suite 195, Concord, NC 28027-0011 |
| 5175700 | + | Martinsville Family Medicine, 2696 Greensboro Road, Martinsville, VA 24112-8106 |
| 5175701 | + | Martinsville Physicians Practices, 319 Hospital Drive, Suite 210, Martinsville, VA 24112-1948 |
| 5175702 | + | Martinsville Urgent Care LLC, PO Box 2671, Loves Park, IL 61132-2671 |
| 5175703 | | McKeeson, PO Box 204786, Dallas, TX 75320-4786 |
| 5175704 | | Med-Pass Inc, L-3495, Columbus, OH 43260-0001 |
| 5175705 | + | Medical Equipment Services Inc., 6242 Lake Terrace Drive, Holly Springs, NC 27540-7813 |
| 5175706 | + | Medical Solutions LLC, 1010 N 102nd Street, Suite 300, Omaha, NE 68114-2122 |
| 5175709 | + | Midwest Motor Supply Co, Inc., 4800 Roberts Road, Columbus, OH 43228-9791 |
| 5175711 | | Mobilex, PO Box 17462, Baltimore, MD 21297-0518 |
| 5175712 | | Moses Cone Health System, PO Box 405541, Atlanta, GA 30384-5541 |
| 5175713 | | National Staffing Solutions, PO Box 9310, Winter Haven, FL 33883-9310 |
| 5175714 | + | Nelson, Bob, 505 Collingswood Drive, Winston Salem, NC 27127-3156 |
| 5175715 | | Neopost USA Inc., PO Box 123689, Dallas, TX 75312-3689 |
| 5175716 | + | New Tech Computer Systems LLC, PO Box 51367, Shreveport, LA 71135-1367 |
| 5175717 | + | Norris Funeral Home, 1500 Kings Mountain Road, Martinsville, VA 24112-7293 |
| 5175718 | + | Omega Healthcare Investors, 303 International Circle, Suite 200, Cockeysville, MD 21030-1359 |
| 5175719 | + | Payeezy, 5565 Glenridge Connector NE, Suite 2000, Atlanta, GA 30342-4799 |
| 5175720 | | Penske Truck Leasing, P.O. Box 532658, Atlanta, GA 30353-2658 |
| 5175721 | | Pet Dairy, P.O. Box 60498, Charlotte, NC 28260-0498 |
| 5175722 | | Pharmacy Corporation of America, PO Box 409251, Atlanta, GA 30384-9251 |
| 5175723 | | Philadelphia Indemnity Insurance Co, PO Box 731178, Dallas, TX 75373-1178 |
| 5175724 | + | Piedmont Urology Assoc In., PO Box 25866, Winston Salem, NC 27114-5866 |
| 5175725 | + | Planning District One, Behavioral Health Service, PO Box 1130, Norton, VA 24273-0931 |
| 5175726 | | Plumbmaster, Inc., PO Box 842370, Boston, MA 02284-2356 |
| 5175727 | + | Prime Care Technologies, 6650 Sugarloaf Parkway, Suite 400, Duluth, GA 30097-4503 |
| 5175728 | + | Professional Rental Service, 220 Frederick Street, Mount Airy, NC 27030-5602 |
| 5175729 | + | Providence Transportation Service L, PO Box 774, Collinsville, VA 24078-0774 |
| 5175730 | + | Quirk Design Build, Construction Co., LLC, 74 Tensbury Drive, Martinsville, VA 24112-0678 |

| 5175731 | + | RehabCare Group East LLC, 680 S Fourth Street, Louisville, KY 40202-2407 |
| 5175733 | + | Ridgeway Signs & Trophies Inc, 6617 Greensboro Road, Ridgeway, VA 24148-3277 |
| 5175734 | | Roanoke Times, PO Box 26090, Richmond, VA 23260-6090 |
| 5175735 | + | Robert B. Somers, PLLC, 202 High Canyon Court, Richardson, TX 75080-2670 |
| 5175736 | + | Robert Flinn Records Center, PO Box 12049, Naples, FL 34101-2049 |
| 5175737 | + | S&K Office Products Inc., PO Box 271, Martinsville, VA 24114-0271 |
| 5175740 | + | SO LO Co., Inc., 915 E. Church St., Martinsville, VA 24112-3220 |
| 5175738 | | Shred-it USA, 28883 Network Place, Chicago, IL 60673-1288 |
| 5175742 | + | Southside Community Services, 143 Industrial Pkwy, Clarksville, VA 23927-3140 |
| 5175743 | | Southwestern Virginia Gas Co., 208 Lester Street, Martinsville, VA 24112-2821 |
| 5175744 | + | Sovran Management Co, LLC, 5692 Strand Court, Naples, FL 34110-3389 |
| 5175748 | | SunLife Financial, PO Box 807009, Kansas City, MO 64184-7009 |
| 5175749 | + | Superior Medical Equipment, PO Box 15209, Wilmington, NC 28408-5209 |
| 5175750 | | Symphony Diagnostic Services LLC, PO Box 17462, Baltimore, MD 21297-0518 |
| 5175751 | + | Talmadge Services, 518 W Church Street, Martinsville, VA 24112-2548 |
| 5175752 | | The Moses H Cone Memorial Hospital, PO Box 405541, Atlanta, GA 30384-5541 |
| 5175753 | + | The Wright Consulting Group, PO Box 3188, Roanoke, VA 24015-1188 |
| 5175754 | | ThyssenKrupp Elevator Corp, PO Box 933004, Atlanta, GA 31193-3004 |
| 5175756 | + | TridentUSA Mobile, Infusion Services LLC, PO Box 746350, Atlanta, GA 30374-6350 |
| 5175757 | + | Tucker Automation, 11075 Parker Drive, Irwin, PA 15642-1605 |
| 5175758 | | United Healthcare Insurance Co, 22703 Network Place, Chicago, IL 60673-1227 |
| 5175759 | + | Universal Chemical LLC, PO Box 15127, Saint Louis, MO 63110-0127 |
| 5175760 | + | Universal Inc., 32 Progress Parkway, Maryland Heights, MO 63043-3706 |
| 5175762 | | Vernon Family Dairy, PO Box 746496, Atlanta, GA 30374-6496 |
| 5175763 | + | Virginia Healthcare Association, 2112 W Laburnum Ave., Suite 206, Richmond, VA 23227-4358 |
| 5175766 | | Wagner Food Equipment, Inc., PO Box 7047, Roanoke, VA 24019-0047 |
| 5175767 | + | Wake Forest University Baptist, PO Box 751730, Charlotte, NC 28275-1730 |
| 5175768 | + | Walker-Phillips, 2707 Brambleton Ave, SW, Roanoke, VA 24015-4307 |
| 5175770 | | Waste Management, PO Box 4648, Carol Stream, IL 60197-4648 |
| 5175771 | + | Whitescarver Engineering Co., PO Box 7566, Roanoke, VA 24019-0566 |
| 5175772 | + | Wilco, Inc., PO Box 127, Danville, VA 24543-0127 |
| 5175773 | | Williams Mullen, PO Box 800, Richmond, VA 23218-0800 |
| 5175774 | + | Wright Funeral Home, 1425 Greensboro Rd, Martinsville, VA 24112-0286 |
| 5175689 | + | iStorage Naples, 3836 Tollgate Blvd, Naples, FL 34114-5444 |

TOTAL: 135

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: agoldstein@mglspc.com | Aug 11 2023 20:55:00 | Andrew S Goldstein, Magee Goldstein Lasky & Sayers, P.C., PO Box 404, Roanoke, VA 24003 |
| tr | | EDI: BSLHIGGS.COM | Aug 12 2023 00:49:00 | Steven L Higgs(443448), Steven L. Higgs, P.C., 9 Franklin Road, SW, Roanoke, VA 24011-2403 |
| 5175623 | + | Email/Text: karen.meyer@anthem.com | Aug 11 2023 20:56:00 | Anthem Blue Cross & Blue Shield, 2015 Staples Mill Road, Richmond, VA 23230-6122 |
| 5175654 | | Email/Text: cls-bankruptcy@wolterskluwer.com | Aug 11 2023 20:56:00 | CT Corporation, PO Box 4349, Carol Stream, IL 60197-4349 |
| 5175638 | | Email/Text: bmg.bankruptcy@centurylink.com | Aug 11 2023 20:56:00 | Century Link, PO Box 1319, Charlotte, NC 28201-1319 |
| 5175647 | | Email/Text: fnrobinson@coloniallife.com | Aug 11 2023 20:55:00 | Colonial Life, 1201 Averyt Ave, Columbia, SC 29210-7654 |
| 5175648 | | EDI: COMCASTCBLCENT | Aug 12 2023 00:49:00 | Comcast Communications, PO Box 70219, Philadelphia, PA 19176-0219 |
| 5175659 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Aug 11 2023 20:55:00 | De Lage Landen Financial Services,, PO Box 41602, Philadelphia, PA 19101 |
| 5175666 | | Email/Text: bankruptcynotices@ecolab.com | Aug 11 2023 20:56:00 | EcoLab Pest Elimination, 26252 Network Place, Chicago, IL 60673-1262 |

District/off: 0423-6 | User: admin | Page 4 of 4
Date Rcvd: Aug 11, 2023 | Form ID: 309C | Total Noticed: 152

| 5175686 | | Email/Text: jkalosky@hbkcpa.com | Aug 11 2023 20:55:40 | Hill Barth & King LLC, 6603 Summit Drive, Canfield, OH 44406 |
|---|---|---|---|---|
| 5175708 | | Email/PDF: HCABKNotifications@resurgent.com | Aug 11 2023 21:04:33 | Memorial Hospital, 320 Hospital Drive, Martinsville, VA 24112-1900 |
| 5175732 | ^ | MEBN | Aug 11 2023 20:47:13 | Republic Services #973, PO Box 9001099, Louisville, KY 40290-1099 |
| 5175747 | | Email/Text: BankruptcyNotice@Stericycle.com | Aug 11 2023 20:55:00 | Stericycle, Inc., PO Box 6582, Carol Stream, IL 60197-6582 |
| 5175746 | + | Email/Text: legal@star2star.com | Aug 11 2023 20:56:00 | Star2Star Communications, LLC, 600 Tallevast Rd., Suite 202, Sarasota, FL 34243-3254 |
| 5175761 | | Email/Text: bankruptcyecf.shared@usfoods.com | Aug 11 2023 20:56:00 | US Foods, Inc., PO Box 602215, Charlotte, NC 28260-2215 |
| 5175764 | + | Email/Text: kammi.beckner@va-po.com | Aug 11 2023 20:56:00 | Virginia Prosthetics Inc., 4338 Williamson Road, Roanoke, VA 24012-2893 |
| 5175769 | + | Email/Text: WasteIndCollect@wasteindustries.com | Aug 11 2023 20:56:00 | Waste Industries, 4621 Marracco Drive, Hope Mills, NC 28348-2583 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5175621 | ##+ | All About You Senior Care LLC, 912 Brookdale Street, Suite 1, Martinsville, VA 24112-3105 |
| 5175644 | ##+ | Chris Oswald, 115 Foxberry Lane, Danville, VA 24541-8022 |
| 5175683 | ## | Handi-Clean Products, Inc., 301 S Swing Road, Greensboro, NC 27409-2009 |
| 5175739 | ##+ | Smartlinx Solutions LLC, 111 S Wood Avenue, Suite 400, Iselin, NJ 08830-2700 |
| 5175741 | ## | Solstas Lab Partners Group, PO Box 751337, Charlotte, NC 28275-1337 |
| 5175745 | ##+ | Specified Products, Inc., 3032 Trinkle Ave., NW, Roanoke, VA 24012-2811 |
| 5175755 | ##+ | Tommy House Etc, LLC, 370 Sleeping Hills Farm Rd., Martinsville, VA 24112-7162 |
| 5175765 | ##+ | Vista Clinical Diagnostics LLC, 4290 S Hwy 27, Suite 201, Clermont, FL 34711-8066 |

TOTAL: 0 Undeliverable, 0 Duplicate, 8 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2023          Signature:          /s/Gustava Winters